IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

OCT 10 2018

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–55–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ERIC FRANKLIN ROSSER, | |
| Defendant. | |

Todd Maybrown having failed to comply with this Court's Order requiring a separate pleading acknowledging his admission *pro hac vice* (Doc. 16 at 2),

IT IS ORDERED that the Court's July 16, 2018 Order admitting Todd Maybrown *pro hac vice* (Doc. 16) is hereby WITHDRAWN.

DATED this 10th day of October, 2018.

Dana L. Christensen, Chief Judge
United States District Court

-1-